**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony BELVIN, Defendant–**
**Appellant.**

No. 12–30003
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 2012.

Sean Matthew Toomey, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Carol Loupe Michel, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Autumn Alycia Town, Law Office of Autumn Town, New Orleans, LA, for Defendant–Appellant.

Anthony Belvin, Oakdale, LA, pro se.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anthony Belvin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Belvin has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Belvin's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.